UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                            Case No. 16–30446
                                                 Chapter 13
Alyson Noles Benjamin

    Debtor

# ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# CONDITIONAL ORDER DISMISSING CASE

    The court's records reflect that the debtor owes the court for unpaid filing fees from a previous case [15–33019]. As a result, the court will not approve the payment of fees in installments in this, the current case. Therefore, it is

    ORDERED that the application is DENIED. It is

    FURTHER ORDERED that this case is DISMISSED effective April 25, 2016, unless prior to the effective date the debtor pays the required filing fees in full.

Done this 22nd day of February, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

c:  Debtor
    Attorney for Debtor
    Trustee
    Financial Administrator, Middle District of Alabama