| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alyson Noles Benjamin**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4919<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Alabama** | | Date case filed for chapter  **13**<br>**February 19, 2016** |
| Case number:  **16–30446** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                                                                     12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Alyson Noles Benjamin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1101 Taylor Oaks Circle, Apt. 202<br>Montgomery, AL 36116 | |
| 4. | **Debtor's attorney**<br>Name and address | Janet L. Shannon<br>The Dansby Law Firm, P.C.<br>4601 Berry Blvd.<br>Montgomery, AL 36106 | Contact phone 334–834–7001<br>Email: janet@dansbylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Curtis C. Reding<br>P. O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: February 20, 2016 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | March 30, 2016 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: May 30, 2016** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: June 28, 2016** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **May 2, 2016**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                  United States Bankruptcy Court
                                   Middle District of Alabama
In re:                                                                                  Case No. 16-30446-DHW
Alyson Noles Benjamin                                                                   Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                  Page 1 of 2                  Date Rcvd: Feb 22, 2016
                              Form ID: 309I                Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2016.
db             +Alyson Noles Benjamin,    1101 Taylor Oaks Circle, Apt. 202,    Montgomery, AL 36116-8575
3490685        +1st Franklin Financial,    213 E. Tugalo Street,    Toccoa, GA 30577
3490689        +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
3490697         AT&T,    c/o Franklin Collection Svcs,    2978 W. Jackson St.,    Tupelo, MS 38801-6731
3490686        +Aaron's,    3452 Atlanta Highway,    Montgomery, AL 36109-2704
3490690        +Alabama ER Admin Svc - South,    PO Box 4419,    Woodland Hills, CA 91365-4419
3490691        +Alabama ER Admin Svcs,    PO Box 2324,    Birmingham, AL 35201-2324
3490693        +Alabama Title Loans Inc,    3530 Atlanta Highway,    Montgomery, AL 36109-3620
3490694        +American Furniture,    2095 Eastern Blvd.,    Montgomery, AL 36117-1620
3490699        +Baptist Medical Center East,    c/o Direc Management Inc.,    4320 Downtowner Loop, Suite A,
                 Mobile, AL 36609-5447
3490702        +CBA Collection Bureau,    25954 Eden Landing Road,    Hayward, CA 94545-3837
3490700        +Capital Pawn Shop,    4359 Troy Highway,    Montgomery, AL 36116-4105
3490701        +Cash Express,    810 Boll Weevil Circle,    Enterprise, AL 36330-2395
3490704        +Charter Communications,    c/o Collection Bureau of America,
                 25954 Eden Landing Road, 1st Floor,    Hayward, CA 94545-3816
3490705        +Check Into Cash,    3448 Atlanta Highway,    Montgomery, AL 36109-2704
3490706        +Check N Go,    2851 E. South Blvd., Ste C,    Montgomery, AL 36116-2513
3490707        +Chip Ellis Motors,    2235 E. South Blvd.,    Montgomery, AL 36116-2404
3490710       #+David Wallace,    1273 Stafford Place,    Montgomery, AL 36117-8904
3490713        +Easy Money Cash Center,    20 W. Fairview Avenue,    Montgomery, AL 36105-1655
3490714        +Elmore Community Hospital,    c/o ERC,    PO Box 57547,    Jacksonville, FL 32241-7547
3490715        +Enterprise Rent A Car,    3025 Atlanta Highway,    Montgomery, AL 36109-3405
3490716        +Express Oil Change,    c/o Pinnacle Credit Service,    PO Box 640,    Hopkins, MN 55343-0640
3490717       #+Fast Cash Title Exchange,    4341 Virginia Loop Road,    Montgomery, AL 36116-3400
3490718        +Fed National Mtge Assn,    c/o Beth McFadden Rouse, Attny at Law,    718 Downtowner Blvd.,
                 Mobile, AL 36609-5402
3490720        +Flournoy Properties,    c/o Sarah Taggart, Attny at Law,    PO Box 18862,
                 Huntsville, AL 35804-8862
3490719        +Flournoy Properties,    7701 Taylor Oaks Circle,    Montgomery, AL 36116-8518
3490721         Franklin Collection Service,    PO Box 3910,    Tupelo, MS 38803-3910
3490723       ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
               (address filed with court: Guardian Credit Union,    1789 Congressman W L Dickenson Dr,
                 Montgomery, AL 36109)
3490722        +Great American Cash Advance,    3600 Atlanta Highway,    Montgomery, AL 36109-3622
3490724        +Holloway Credit Solutions, LLC,    PO Box 230609,    Montgomery, AL 36123-0609
3490725        +LVNV Funding,    c/o Nathan & Nathan,    PO Box 1715,    Birmingham, AL 35201-1715
3490726       #+Merchants Preferred,    5500 Interstate North Pkwy, Ste 225,    Atlanta, GA 30328-4648
3490727         Montgomery Credit Co.,    5151 Atlanta Highway,    Montgomery, AL 36109-3319
3490728        +Neighborhood Cash Advance,    5928 Wares Ferry Road,    Montgomery, AL 36117-3212
3490729        +Partners In Pediatrics,    c/o Chambless Math Carr,    PO Box 230759,    Montgomery, AL 36123-0759
3490732        +Speedy Cash,    c/o Ad Astra Recovery Svcs,    7330 W. 33rd St., Ste 118,
                 Wichita, KS 67205-9370
3490735        +Title Cash,    5232 Atlanta Highway,    Montgomery, AL 36109-3322
3490736        +Uhaul Moving & Storage,    2525 Eastern Blvd.,    Montgomery, AL 36117-1507
3490738        +Uncle Bob's Self Storage,    115 S. Arrowhead Drive,    Montgomery, AL 36117-4178
3490739        +Verandas at Taylor Oaks,    7701 Taylor Oaks Drive,    Montgomery, AL 36116-8518
3490740        +Verizon Wireless,    c/o NCC Bus. Svc,    PO Box 24739,    Jacksonville, FL 32241-4739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: janet@dansbylaw.com Feb 22 2016 20:51:30      Janet L. Shannon,
                 The Dansby Law Firm, P.C.,    4601 Berry Blvd.,    Montgomery, AL 36106
tr             +E-mail/Text: ch13montgomery@ch13mdal.com Feb 22 2016 20:52:32      Curtis C. Reding,
                 P. O. Box 173,    Montgomery, AL 36101-0173
3490696        +EDI: DCI.COM Feb 22 2016 20:43:00      AT&T,    c/o Diversified Consultant,    PO Box 551268,
                 Jacksonville, FL 32255-1268
3490696        +E-mail/Text: bankruptcynotices@dcicollect.com Feb 22 2016 20:52:22       AT&T,
                 c/o Diversified Consultant,    PO Box 551268,    Jacksonville, FL 32255-1268
3490687        +E-mail/Text: bpage@acceptanceloan.com Feb 22 2016 20:52:29      Acceptance Loan,
                 6659 Atlanta Highway,    Montgomery, AL 36117-4236
3490688        +EDI: ACECASHXPRESS.COM Feb 22 2016 20:43:00      Ace Cash Express,    6518 Atlanta Hwy, Ste 203,
                 Montgomery, AL 36117-4245
3490692        +E-mail/Text: bankruptcy@alagasco.com Feb 22 2016 20:52:36      Alabama Gas Corporation,
                 20 20th St. S,    Birmingham, AL 35295-0001
3490695        +EDI: AMSHER.COM Feb 22 2016 20:43:00      Amsher Collection Service,
                 4524 Southlake Parkway, Ste 15,    Birmingham, AL 35244-3271
3490698        +EDI: BANKAMER.COM Feb 22 2016 20:43:00      Bank of America NA,    Bankruptcy Dept,
                 PO Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
3490703        +EDI: SWCR.COM Feb 22 2016 20:43:00      Charter Communications,    c/o Southwest Credit Systems,
                 4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
3490703        +E-mail/Text: bankruptcy@sw-credit.com Feb 22 2016 20:52:03       Charter Communications,
                 c/o Southwest Credit Systems,    4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
3490706        +EDI: CHECKNGO.COM Feb 22 2016 20:43:00      Check N Go,    2851 E. South Blvd., Ste C,
                 Montgomery, AL 36116-2513
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3490708        +E-mail/Text: bk@creditcentralllc.com Feb 22 2016 20:52:21      Credit Central,
                 1734 E. Main St.,    Prattville, AL 36066-5582
3490709        +E-mail/Text: bk.litigation@crestfinancial.com Feb 22 2016 20:52:15      Crest Financial,
                 Attn: Bankruptcy Dept.,    61 W. 13490 South,    Draper, UT 84020-7209
3490711        +E-mail/Text: electronicbkydocs@nelnet.net Feb 22 2016 20:52:04      Dept of Education/Nelnet,
                 Attn: Bankrkuptcy Dept.,    3015 Parker Rd., Ste 400,    Aurora, CO 80014-2904
3490712        +Fax: 614-760-4092 Feb 22 2016 21:00:39      Easy Money,    1102 Ann Street,
                 Montgomery, AL 36107-3002
3490731         E-mail/Text: bankruptcy@republicfinance.com Feb 22 2016 20:52:39      Republic Finance,
                 Attn: Bankruptcy Center,    7535 Airways Blvd., Ste 210,    Southaven, MS 38671
3490730         EDI: AMSOUTH.COM Feb 22 2016 20:43:00      Regions Bank,    Attn: Bankruptcy Team,    PO Box 10063,
                 Birmingham, AL 35202-0063
3490733        +E-mail/Text: synovusbankruptcy@synovus.com Feb 22 2016 20:52:28      Sterling Bank,
                 4121 Carmichael Road,    Montgomery, AL 36106-2800
3490734        +EDI: DCI.COM Feb 22 2016 20:43:00       T-Mobile,    c/o Diversitied,    PO Box 551268,
                 Jacksonville, FL 32255-1268
3490734        +E-mail/Text: bankruptcynotices@dcicollect.com Feb 22 2016 20:52:22      T-Mobile,
                 c/o Diversitied,    PO Box 551268,    Jacksonville, FL 32255-1268
3490737        +EDI: IIC9.COM Feb 22 2016 20:43:00      Uncle Bob's Self Storage,    c/o IC Systems, Inc.,
                 444 Highway 96E,    Saint Paul, MN 55127-2557
3490741        +EDI: WABK.COM Feb 22 2016 20:43:00      World Acceptance Corp.,    Attn: Direct Disputes,
                 PO Box 6429,    Greenville, SC 29606-6429
3490741        +E-mail/PDF: bk@worldacceptance.com Feb 22 2016 20:49:43      World Acceptance Corp.,
                 Attn: Direct Disputes,    PO Box 6429,    Greenville, SC 29606-6429
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2016 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0
```