UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 16-30446-DHW
                                                         Chapter 13
ALYSON NOLES BENJAMIN,

    Debtor.

## ORDER DENYING MOTION TO EXTEND THE AUTOMATIC STAY

The debtor filed a motion under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for hearing on March 14, 2016 after notice to all creditors. The debtor failed to appear. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is DENIED as to all creditors.

Done this 14th day of March, 2016.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Janet L. Shannon, Attorney for Debtor
      Curtis C. Reding, Trustee