UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 16–30446
Chapter 13

Alyson Noles Benjamin

    Debtor

## ORDER OF DISMISSAL

    A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017–1 or LBR 1006–1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

    **ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 28th day of March, 2016.

Dwight H. Williams Jr.
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.