# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                       Case No. 16–30446
                                                          Chapter 13

Alyson Noles Benjamin

      Debtor

## ORDER OF DISMISSAL

      A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017–1 or LBR 1006–1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

      **ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 28th day of March, 2016.

                                                  Dwight H. Williams Jr.
                                                United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                             Case No. 16-30446-DHW
Alyson Noles Benjamin                                              Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 1127-2          User: loverton              Page 1 of 3              Date Rcvd: Mar 28, 2016
                              Form ID: odsmneg           Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2016.
db           +Alyson Noles Benjamin,    1101 Taylor Oaks Circle, Apt. 202,    Montgomery, AL 36116-8575
3490689      +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
3490697       AT&T,   c/o Franklin Collection Svcs,    2978 W. Jackson St.,    Tupelo, MS 38801-6731
3490686      +Aaron's,    3452 Atlanta Highway,    Montgomery, AL 36109-2704
3490690      +Alabama ER Admin Svc - South,    PO Box 4419,    Woodland Hills, CA 91365-4419
3490691      +Alabama ER Admin Svcs,    PO Box 2324,    Birmingham, AL 35201-2324
3490693      +Alabama Title Loans Inc,    3530 Atlanta Highway,    Montgomery, AL 36109-3620
3490694      +American Furniture,    2095 Eastern Blvd.,    Montgomery, AL 36117-1620
3490699      +Baptist Medical Center East,    c/o Direc Management Inc.,    4320 Downtowner Loop, Suite A,
               Mobile, AL 36609-5447
3490702      +CBA Collection Bureau,    25954 Eden Landing Road,    Hayward, CA 94545-3837
3490700      +Capital Pawn Shop,    4359 Troy Highway,    Montgomery, AL 36116-4105
3490701      +Cash Express,    810 Boll Weevil Circle,    Enterprise, AL 36330-2297
3490704      +Charter Communications,    c/o Collection Bureau of America,
               25954 Eden Landing Road, 1st Floor,    Hayward, CA 94545-3816
3490705      +Check Into Cash,    3448 Atlanta Highway,    Montgomery, AL 36109-2704
3490706      +Check N Go,    2851 E. South Blvd., Ste C,    Montgomery, AL 36116-2513
3490707      +Chip Ellis Motors,    2235 E. South Blvd.,    Montgomery, AL 36116-2404
3490710     #+David Wallace,    1273 Stafford Place,    Montgomery, AL 36117-8904
3490713      +Easy Money Cash Center,    20 W. Fairview Avenue,    Montgomery, AL 36105-1655
3490714      +Elmore Community Hospital,    c/o ERC,    PO Box 57547,    Jacksonville, FL 32241-7547
3490715      +Enterprise Rent A Car,    3025 Atlanta Highway,    Montgomery, AL 36109-3405
3490716      +Express Oil Change,    c/o Pinnacle Credit Service,    PO Box 640,    Hopkins, MN 55343-0640
3490717     #+Fast Cash Title Exchange,    4341 Virginia Loop Road,    Montgomery, AL 36116-3400
3490718      +Fed National Mtge Assn,    c/o Beth McFadden Rouse, Attny at Law,    718 Downtowner Blvd.,
               Mobile, AL 36609-5402
3490719      +Flournoy Properties,    7701 Taylor Oaks Circle,    Montgomery, AL 36116-8518
3490720      +Flournoy Properties,    c/o Sarah Taggart, Attny at Law,    PO Box 18862,
               Huntsville, AL 35804-8862
3490721       Franklin Collection Service,    PO Box 3910,    Tupelo, MS 38803-3910
3490723     ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKINSON DR,    MONTGOMERY AL 36109-2601
             (address filed with court: Guardian Credit Union,     1789 Congressman W L Dickenson Dr,
               Montgomery, AL 36109)
3490722      +Great American Cash Advance,    3600 Atlanta Highway,    Montgomery, AL 36109-3622
3504662      +Great American Cash Advance,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
               Montgomery, AL 36101-1028
3490724      +Holloway Credit Solutions, LLC,    PO Box 230609,    Montgomery, AL 36123-0609
3490725      +LVNV Funding,    c/o Nathan & Nathan,    PO Box 1715,    Birmingham, AL 35201-1715
3490727       Montgomery Credit Co.,    5151 Atlanta Highway,    Montgomery, AL 36109-3319
3490728      +Neighborhood Cash Advance,    5928 Wares Ferry Road,    Montgomery, AL 36117-3212
3490729      +Partners In Pediatrics,    c/o Chambless Math Carr,    PO Box 230759,    Montgomery, AL 36123-0759
3490732      +Speedy Cash,    c/o Ad Astra Recovery Svcs,    7330 W. 33rd St., Ste 118,
               Wichita, KS 67205-9370
3490735      +Title Cash,    5232 Atlanta Highway,    Montgomery, AL 36109-3322
3510592      +U.S. BANKRUPTCY COURT, MDAL,    OFFICE OF THE CLERK,    ONE CHURCH STREET, GROUND FLOOR,
               MONTGOMERY, AL 36104-4018,    (334) 954-3800
3490736      +Uhaul Moving & Storage,    2525 Eastern Blvd.,    Montgomery, AL 36117-1507
3490738      +Uncle Bob's Self Storage,    115 S. Arrowhead Drive,    Montgomery, AL 36117-4178
3490739      +Verandas at Taylor Oaks,    7701 Taylor Oaks Drive,    Montgomery, AL 36116-8518
3490740      +Verizon Wireless,    c/o NCC Bus. Svc,    PO Box 24739,    Jacksonville, FL 32241-4739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3490685      +EDI: FRAN.COM Mar 28 2016 20:38:00     1st Franklin Financial,    P. O. Box 880,
               Toccoa, GA 30577-0880
3490696      +EDI: DCI.COM Mar 28 2016 20:38:00     AT&T,   c/o Diversified Consultant,    PO Box 551268,
               Jacksonville, FL 32255-1268
3490696      +E-mail/Text: bankruptcynotices@dcicollect.com Mar 28 2016 20:51:57      AT&T,
               c/o Diversified Consultant,    PO Box 551268,    Jacksonville, FL 32255-1268
3490687      +E-mail/Text: bpage@acceptanceloan.com Mar 28 2016 20:52:01      Acceptance Loan,
               6659 Atlanta Highway,    Montgomery, AL 36117-4236
3490688      +EDI: ACECASHXPRESS.COM Mar 28 2016 20:38:00      Ace Cash Express,    6518 Atlanta Hwy, Ste 203,
               Montgomery, AL 36117-4245
3490692      +E-mail/Text: bankruptcy@alagasco.com Mar 28 2016 20:52:04      Alabama Gas Corporation,
               20 20th St. S,    Birmingham, AL 35295-0001
3505971       EDI: AIS.COM Mar 28 2016 20:38:00     American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
3490695      +EDI: AMSHER.COM Mar 28 2016 20:38:00     Amsher Collection Service,
               4524 Southlake Parkway, Ste 15,    Birmingham, AL 35244-3271
3490698      +EDI: BANKAMER.COM Mar 28 2016 20:38:00     Bank of America NA,    Bankruptcy Dept,
               PO Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
3490703      +EDI: SWCR.COM Mar 28 2016 20:38:00     Charter Communications,    c/o Southwest Credit Systems,
               4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
3490703      +E-mail/Text: bankruptcy@sw-credit.com Mar 28 2016 20:51:40      Charter Communications,
               c/o Southwest Credit Systems,    4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3490706        +EDI: CHECKNGO.COM Mar 28 2016 20:38:00      Check N Go,    2851 E. South Blvd., Ste C,
                 Montgomery, AL 36116-2513
3490708        +E-mail/Text: bk@creditcentralllc.com Mar 28 2016 20:51:56       Credit Central,
                 1734 E. Main St.,    Prattville, AL 36066-5582
3490709        +E-mail/Text: bk.litigation@crestfinancial.com Mar 28 2016 20:51:52       Crest Financial,
                 Attn: Bankruptcy Dept.,    61 W. 13490 South,    Draper, UT 84020-7209
3490711        +E-mail/Text: electronicbkydocs@nelnet.net Mar 28 2016 20:51:40        Dept of Education/Nelnet,
                 Attn: Bankrkuptcy Dept.,    3015 Parker Rd., Ste 400,    Aurora, CO 80014-2904
3490712        +Fax: 614-760-4092 Mar 28 2016 21:13:35      Easy Money,    1102 Ann Street,
                 Montgomery, AL 36107-3002
3490731         E-mail/Text: bankruptcy@republicfinance.com Mar 28 2016 20:52:08        Republic Finance,
                 Attn: Bankruptcy Center,    7535 Airways Blvd., Ste 210,    Southaven, MS 38671
3490730         E-mail/Text: newbk@Regions.com Mar 28 2016 20:51:45       Regions Bank,    Attn: Bankruptcy Team,
                 PO Box 10063,    Birmingham, AL 35202-0063
3506846        +EDI: SECFIN.COM Mar 28 2016 20:38:00      SFC Central Bankruptcy,    PO Box 1893,
                 Spartanburg, SC 29304-1893
3490733        +E-mail/Text: synovusbankruptcy@synovus.com Mar 28 2016 20:52:01        Sterling Bank,
                 4121 Carmichael Road,    Montgomery, AL 36106-2800
3490734        +EDI: DCI.COM Mar 28 2016 20:38:00      T-Mobile,    c/o Diversitied,    PO Box 551268,
                 Jacksonville, FL 32255-1268
3490734        +E-mail/Text: bankruptcynotices@dcicollect.com Mar 28 2016 20:51:57        T-Mobile,
                 c/o Diversitied,    PO Box 551268,    Jacksonville, FL 32255-1268
3493025        +E-mail/Text: electronicbkydocs@nelnet.net Mar 28 2016 20:51:40        U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
3490737        +EDI: IIC9.COM Mar 28 2016 20:38:00      Uncle Bob's Self Storage,    c/o IC Systems, Inc.,
                 444 Highway 96E,    Saint Paul, MN 55127-2557
3490741        +EDI: WABK.COM Mar 28 2016 20:38:00      World Acceptance Corp.,    Attn: Direct Disputes,
                 PO Box 6429,    Greenville, SC 29606-6429
3490741        +E-mail/PDF: bk@worldacceptance.com Mar 28 2016 20:43:26        World Acceptance Corp.,
                 Attn: Direct Disputes,    PO Box 6429,    Greenville, SC 29606-6429
3498849        +EDI: WABK.COM Mar 28 2016 20:38:00      World Acceptance Corporation,
                 Attn: Bankruptcy Processing Center,    PO Box 6429,    Greenville, SC 29606-6429
3498849        +E-mail/PDF: bk@worldacceptance.com Mar 28 2016 20:43:13        World Acceptance Corporation,
                 Attn: Bankruptcy Processing Center,    PO Box 6429,    Greenville, SC 29606-6429
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3490726       ##+Merchants Preferred,    5500 Interstate North Pkwy, Ste 225,    Atlanta, GA 30328-4648
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Janet L. Shannon    on behalf of Debtor Alyson Noles Benjamin janet@dansbylaw.com,
               brandi@dansbylaw.com,trish@dansbylaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Leonard N. Math    on behalf of Creditor    MONTGOMERY CREDIT CORPORATION
               noticesmd@chambless-math.com
              Leonard N. Math    on behalf of Creditor    PARTNERS IN PEDIATRICS fdba DRS. WOOD, BRANNON, OUTLAND
               PEDIATRIC & ADOLESCENT MEDICINE noticesmd@chambless-math.com
              Paul LePage Beckman, Jr.    on behalf of Creditor    The Verandas at Taylor Oaks cbr3@cbrlegal.com
              Richard C. Dean, Jr.    on behalf of Creditor    Great American Cash Advance rdean@mindspring.com,
               pabbott@deanlawfirm.org;jwilson@deanlawfirm.org
                                                                                         TOTAL: 7
```