# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                  Case No. 16–30446
                                                                       Chapter 13
Alyson Noles Benjamin

      Debtor

## NOTICE OF FILING FEES DUE

    A review of the Court's financial records disclosed that there is an outstanding filing fee of $260.00 due for the above referenced bankruptcy case filed by you on February 19, 2016. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

    Please remit the outstanding balance by way of a money order or cashier check. **We do not accept cash.** The case number should be referenced on the payment. The payee on the money order or cashier check is: *Clerk, U.S. Bankruptcy Court*. Failure to pay filing fees will result in additional collection proceedings. Please remit payment to:

    U.S. Bankruptcy Court
    One Church Street
    Montgomery, AL 36104

    If you have questions, or require additional information, please contact the Financial Administrator at (334)954–3872.

Dated: May 9, 2016

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

In re:                                                          Case No. 16-30446-DHW
Alyson Noles Benjamin                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2          User: jclark          Page 1 of 1          Date Rcvd: May 09, 2016
                              Form ID: nffdue        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2016.
db             +Alyson Noles Benjamin,    1101 Taylor Oaks Circle, Apt. 202,    Montgomery, AL 36116-8575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2016 at the address(es) listed below:
          Bankruptcy Administrator     ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Janet L. Shannon    on behalf of Debtor Alyson Noles Benjamin janet@dansbylaw.com,
           brandi@dansbylaw.com,trish@dansbylaw.com
          Leonard N. Math   on behalf of Creditor    MONTGOMERY CREDIT CORPORATION
           noticesmd@chambless-math.com
          Leonard N. Math   on behalf of Creditor    PARTNERS IN PEDIATRICS fdba DRS. WOOD, BRANNON, OUTLAND
           PEDIATRIC & ADOLESCENT MEDICINE noticesmd@chambless-math.com
          Paul LePage Beckman, Jr.   on behalf of Creditor    The Verandas at Taylor Oaks cbr3@cbrlegal.com
          Richard C. Dean, Jr.   on behalf of Creditor    Great American Cash Advance rdean@mindspring.com,
           pabbott@deanlawfirm.org;jwilson@deanlawfirm.org
                                                                             TOTAL: 7